1 | STEPHANIE YONEKURA
  | Acting United States Attorney
2 | ROBERT E. DUGDALE
  | Assistant United States Attorney
3 | Chief, Criminal Division
  | JOSEPH D. AXELRAD (Cal. Bar No. 274580)
4 | Assistant United States Attorney
  | General Crimes Section
5 |      1200 United States Courthouse
  |      312 North Spring Street
6 |      Los Angeles, California 90012
  |      Telephone: (213) 894-7964
7 |      Facsimile: (213) 894-0141
  |      E-mail:    joseph.axelrad@usdoj.gov
8 |
  | Attorneys for Plaintiff
9 | UNITED STATES OF AMERICA

10 |            UNITED STATES DISTRICT COURT

11 |         FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,          No. CR 14-02126-M

13 |           Plaintiff,               [PROPOSED] ORDER GRANTING
                                        GOVERNMENT'S EX PARTE APPLICATION
14 |      v.                            FOR RECONSIDERATION OF ORDER
                                        SETTING CONDITIONS OF RELEASE
15 | JORGE LOUIS SOLORIO-MENDOZA,

16 |           Defendant.

17

18 | For good cause shown, IT IS HEREBY ORDERED THAT:

19 |      The government's Ex Parte Application for Reconsideration of

20 | Order Setting Conditions of Release for sealed filing is GRANTED and

21 | Defedant Jorge Louis Solorio Mendoza is hereby ordered detained

22 | pending trial.

23

24 | 11/6/14

25 | DATE                               HONORABLE STEPHEN J. HILMAN
                                        UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, **TEMERIA WYLIE**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **[PROPOSED] ORDER GRANTING GOVERNMENT'S EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE**

☒ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ By messenger, as follows:

☐ By Federal Express, as follows:

**Georgina Wakefield, DFPD**
**Federal Public Defender**
**321 E. 2nd Street**
**Los Angeles, CA   90012**

This Certificate is executed on **October 31, 2014**, at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

TEMERIA WYLIE
Legal Assistant